# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF\_\_\_\_NEVADA\_\_\_\_

UNITED STATES OF AMERICA,

    Plaintiff,

V.

$32,000.00 IN UNITED STATES CURRENCY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:21-cv-00519-RCJ-CLB

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default judgment is entered against the $32,000 in United States currency Tommy Gene Moss.

    August 19, 2022

    DEBRA K. KEMPI
    Clerk

    /s/ Lia Griffin
    Deputy Clerk